# EXHIBIT A

Evidence of Use Regarding Infringement of U.S. Patent No. 7,532,899

Case 2:26-cv-00583   Document 1-1   Filed 07/15/26   Page 2 of 43 PageID #: 18

| Claim 4 | ULTA BEAUTY |
|---|---|
| 4. A method for providing wireless telecommunication services to mobile devices, the method comprising: | Ulta Salon, Cosmetics & Fragrance, Inc. d/b/a Ulta Beauty ("Ulta Beauty", "Ulta" or "Defendant"), using the Ulta Beauty website ("Accused Product") performs and/or instructs its customers to perform a method according to claim 4.<br><br>The Ulta Beauty website provides a "Find a Store" feature to find nearby stores. The Ulta Beauty App also provides a similar "Store Locator" feature to find a store near to a user.<br><br>**ULTA**<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

1

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| | |

Case 2:26-cv-00583    Document 1-1    Filed 07/15/26    Page 3 of 43 PageID #: 19

2

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| | |

3

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | Ulta Beauty is providing "Find a Store" option to the wirelessly connected mobile devices |

4

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  Ulta Beauty is providing "Find a Store" option to the wirelessly connected mobile devices<br><br>[Source: Screenshots taken from Ulta Beauty website, running on Android Phone]<br><br>**[ULTA BEAUTY WEBSITE - FIND A STORE]** |

5

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  [Link: https://www.ulta.com/stores] **[ULTA BEAUTY APP - GOOGLE PLAY STORE]** |

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  |

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  [Link: https://play.google.com/store/apps/details?id=com.ulta&hl=en_US]<br><br>**[ULTA BEAUTY APP – ANDROID VERSION]** |

Page |A-8

8

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| |  |

Page |A-9

9

U.S. Patent No. 7,532,899

| Claim 4 | |
|---|---|
| | **ULTA BEAUTY**<br><br><br><br>Ulta Beauty App is providing "Store Locator" option to the wirelessly connected mobile devices<br><br>[Source: Screenshots taken from Ulta Beauty App, running on Android Phone]<br><br>**[ULTA BEAUTY PRIVACY POLICY]** |

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | **Privacy Policy**<br><br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br><br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br><br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

Case 2:26-cv-00583    Document 1-1    Filed 07/15/26    Page 13 of 43 PageID #:  29

| Claim 4 | ULTA BEAUTY |
| --- | --- |
|  | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br><br>• **Geolocation Information**, such as your zip code and general location.<br><br>**How do we collect this information?** — Geolocation information — We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media).<br><br>[Link: https://www.ulta.com/company/privacy]<br><br>**[ABOUT ULTA BEAUTY]**<br><br>Company Information |

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | # All Things Beauty. All in One Place.® <br><br> Over 35 years ago, we redefined the beauty retail experience by bringing all things beauty into one place. Today, Ulta Beauty, Inc. is an international specialty beauty retailer and a premier beauty destination for cosmetics, fragrance, skin care products, wellness products, hair care products, and salon services. With over 1,500 locations, Ulta Beauty is the largest specialty beauty retailer in the U.S. In addition, the Company has an international presence through its subsidiary, Space NK, a luxury beauty retailer operating in the U.K. and Ireland, its joint venture in Mexico, and its franchise in the Middle East. Across our portfolio, key points of differentiation include: <br><br> [Link: https://www.ulta.com/investor/company-information] <br><br> **[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

13

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  |

14

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| |  User inputs (such as zooming out), for expanding the distance for which Ulta Beauty showing the results for stores (point of interest) |

Page |A-15

15

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  After zooming out on the map view of results, Ulta Beauty provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city |
| | [Source: Screenshots taken from Ulta Beauty website, running on Android Phone] |
| receiving a command from a user's mobile device to | Ulta Beauty, using the Accused Product, performs the step of receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each |

16

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories; | of the points of interest are associated with one of two or more different and user-identified point of interest categories.<br><br>For example, when a user search for stores at "Find a Store" option of the Ulta Beauty website, Ulta Beauty server receives a command to locate stores ("point of interest") near a location of the smartphone ("location of the mobile device") as Ulta Beauty provides results on list-view with results arranged in ascending order of the distance (meaning that the closest is on top of the result set) of the store w.r.t. the current location of the mobile device.<br><br>Further, each store in the result set, associated with one of categories, of two or more categories selected by the user in the "Filter" option.<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

17

U.S. Patent No. 7,532,899

18

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  |

| Claim 4 | ULTA BEAUTY |
|---|---|
| | <br><br>Ulta Beauty is providing "Find a Store" option to the wirelessly connected mobile devices |

19

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| |  |

20

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| |  |

21

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
|  |  |

22

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | <br>[Source: Screenshots taken from Ulta Beauty website, running on Android Phone] |

23

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY PRIVACY POLICY]**<br><br>**Privacy Policy**<br><br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br><br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br><br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

24

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br><br>• **Geolocation Information**, such as your zip code and general location.<br><br>| Disclosure | Categories | Description |<br>|---|---|---|<br>| How do we collect this information? | Geolocation information | We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media). |<br><br>[Link: https://www.ulta.com/company/privacy] |
| automatically determining the location of the user's mobile device; | Ulta Beauty, using the Accused Product, performs the step of automatically determining the location of the user's mobile device.<br><br>Ulta Beauty automatically determines the precise-location/current-location of the user's smartphone ("mobile device").<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

25

U.S. Patent No. 7,532,899

**ULTA BEAUTY**

**Claim 4**

26



Case 2:26-cv-00583    Document 1-1    Filed 07/15/26    Page 28 of 43 PageID #: 44

| Claim 4 | ULTA BEAUTY |
|---|---|
|  |  [Source: Screenshots taken from Ulta Beauty website, running on Android Phone] [ULTA BEAUTY PRIVACY POLICY] |

27

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
|  | **Privacy Policy**<br><br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br><br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br><br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

28

| Claim 4 | ULTA BEAUTY |
|---|---|
| | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br>• **Geolocation Information**, such as your zip code and general location.<br><br>| Disclosure | Categories | Description |<br>|---|---|---|<br>| How do we collect this information? | Geolocation information | We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media). |<br><br>[Link: https://www.ulta.com/company/privacy] |
| based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the | Ulta Beauty, using the Accused Product, performs the step, which, based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device.<br><br>Ulta Beauty provides a list view of the stores ("list of point of interests") to the user's smartphone ("mobile device") based on the location of the mobile device (as Ulta Beauty provide results that are geographically closest to the location of the user's mobile device with details such as distance from |

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device; | current location) after user applies the filters ("point of interest categories"). Further, the results ("list") includes stores from the user-identified point of interest categories (filters selected by user such as In-Store Shopping, Same Day Delivery) and also related to some different categories (some different categories such as Benefit Brow Services, In-Store Pickup, The Wellness Shop, etc.).<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

U.S. Patent No. 7,532,899

**Claim 4**

ULTA BEAUTY



U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
| |  |

User selected filters

32

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  Closest store ("Point of interest") to the geographical location of the mobile device, as result set are arranged in ascending order of the distance from current location of the mobile device |

33

U.S. Patent No. 7,532,899

Claim 4

ULTA BEAUTY



U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| | <br>[Source: Screenshots taken from Ulta Beauty website, running on Android Phone] |
| receiving input from the user's mobile device; and | Ulta Beauty, using the Accused Product, performs the step of receiving input from the user's mobile device.<br><br>Ulta Beauty receives a user input, when a user zooms out on the map view on the result set presented to the user's mobile device.<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

35

U.S. Patent No. 7,532,899

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  User inputs (such as zooming out), for expanding the distance for which Ulta Beauty is showing the results for stores (point of interest) |

Page |A-36

36

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  After zooming out on the map view of results, Ulta Beauty provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city |
| | [Source: Screenshots taken from Ulta Beauty website, running on Android Phone] |
| providing a next-closer list of points of interest, | Ulta Beauty, using the Accused Product, performs the step of providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of |

| Claim 4 | ULTA BEAUTY |
|---|---|
| wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest. | interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest.<br><br>After the user zooms out, Ulta Beauty provides a next-closer list of stores ("point of interest") that almost covers the whole city area/distance. Further, the next-closer results ("list") includes stores which are not presented in the previous results ("list"), and are from the user-identified point of interest categories (filters selected by user such In-Store Shopping, Same Day Delivery) and also related to some different categories (some different categories such as In-Store Pickup, Hair Services, Makeup Services, The Wellness Shop, Benefits Brow Services, etc.).<br><br>**[ULTA BEAUTY WEBSITE – ANDROID VERSION]** |

| Claim 4 | ULTA BEAUTY |
|---|---|
| |  User inputs (such as zooming out), for expanding the distance for which Ulta Beauty showing the results for stores (point of interest) |

39

| Claim 4 | ULTA BEAUTY |
|---------|-------------|
|  | After zooming out on the map view of results, Ulta Beauty provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city. |

40

U.S. Patent No. 7,532,899

**Claim 4**



| Claim 4 | ULTA BEAUTY |
|---|---|
|  | <br><br>[Source: Screenshots taken from Ulta Beauty website, running on Android Phone] |