# <u>EXHIBIT B</u>

Evidence of Use Regarding Infringement of U.S. Patent No. 8,774,834

Case 2:26-cv-00583   Document 1-2   Filed 07/15/26   Page 2 of 45 PageID #: 61

| Claim 1 | ULTA BEAUTY |
|---|---|
| 1. A method for providing wireless telecommunication services, the method comprising: | Ulta Salon, Cosmetics & Fragrance, Inc. d/b/a Ulta Beauty ("Ulta Beauty", "Ulta" or "Defendant"), using the Ulta Beauty App (Ulta Beauty: Makeup & Skincare) ("Accused Product") performs and/or instructs its customers to perform a method according to claim 1.<br><br>Ulta Beauty App provides a "Store Locator" feature to find a store near to a user. Ulta Beauty website provides a similar feature "Find a Store" to find nearby stores.<br><br>(ULTA BEAUTY)<br><br>**[ULTA BEAUTY APP]**<br><br>ULTA BEAUTY   Shop   New   Brands   Sale   Discover   Services & Events   Father's Day Gift Guide   🔍 Search Ulta Beauty<br><br>Home / Mobile App<br><br>**Download our app today**<br>Get everything you love about Ulta Beauty—and exclusive features, too —right at your fingertips with our mobile app. |

Page |B-1

1

Case 2:26-cv-00583    Document 1-2    Filed 07/15/26    Page 3 of 45 PageID #: 62

Page |B-2

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
|  | <br>[Link: https://www.ulta.com/company/app] |

U.S. Patent No. 8,774,834

Page |B-3

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **Find it in store** See which local store has what you need now. From the product page, click "Store Availability" for a list of nearby stores. [Link: http://web.archive.org/web/20220331221229/https://www.ulta.com/company/app (Wayback Version of 2022)] **[ULTA BEAUTY WEBSITE - FIND A STORE]** |

3

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | <br><br>[Link: https://www.ulta.com/stores]<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) - GOOGLE PLAY STORE]** |

Case 2:26-cv-00583    Document 1-2    Filed 07/15/26    Page 5 of 45 PageID #: 64

4

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | **Ulta Beauty: Makeup & Skincare**<br>Ulta Inc.<br><br>4.6 ★  211K reviews \| 5M+ Downloads<br><br>Install   Share   Add to wishlist<br><br>This app is available for your device<br><br>[screenshots of app]<br><br>Everyone — Learn more<br>App support<br>Similar apps<br>Sephora: Buy Makeup & Skincare — Sephora USA, Inc. — 4.0 ★<br><br>**Ulta Beauty: Makeup & Skincare**<br>About this app<br><br>Version: 10.13<br>Updated on: May 11, 2026<br>Requires Android: 9 and up<br>Downloads: 5,000,000+ downloads<br>Content rating: Everyone Learn more<br>Permissions: View details<br>Released on: Nov 8, 2012<br>Offered by: Ulta Inc. |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
|  |  [Link: https://play.google.com/store/apps/details?id=com.ulta&hl=en_US]<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]** |

Page |B-6

6

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  |

Case 2:26-cv-00583    Document 1-2    Filed 07/15/26    Page 8 of 45 PageID #: 67

| Claim 1 | ULTA BEAUTY |
|---------|-------------|



[Source: Screenshots taken from Ulta Beauty App, running on Android Phone]

Case 2:26-cv-00583    Document 1-2    Filed 07/15/26    Page 10 of 45 PageID #: 69

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – APPLE APP STORE]**  |

9

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  [Link: https://apps.apple.com/us/app/ulta-beauty-makeup-skincare/id561930308] |

10

| Claim 1 | ULTA BEAUTY |
|---|---|
|  | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]**<br><br>Ulta Beauty App is providing "Store Locator" option to the wirelessly connected mobile devices<br><br>[Source: Screenshots taken from Ulta Beauty App, running on iPhone] |

U.S. Patent No. 8,774,834

Page |B-12

| Claim 1 | ULTA BEAUTY |
|---|---|
|  | [ULTA BEAUTY PRIVACY POLICY]<br><br>**Privacy Policy**<br><br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br><br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br><br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

12

| Claim 1 | ULTA BEAUTY |
| --- | --- |
| | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br><br>• **Geolocation Information,** such as your zip code and general location.<br><br><table><tr><td>Disclosure</td><td>Categories</td><td>Description</td></tr><tr><td>How do we collect this information?</td><td>Geolocation information</td><td>We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media).</td></tr></table><br>[Link: https://www.ulta.com/company/privacy]<br><br>**[ABOUT ULTA BEAUTY]**<br><br>**Company Information** |

| Claim 1 | ULTA BEAUTY |
|---|---|
| | ## All Things Beauty. All in One Place.® <br><br> Over 35 years ago, we redefined the beauty retail experience by bringing all things beauty into one place. Today, Ulta Beauty, Inc. is an international specialty beauty retailer and a premier beauty destination for cosmetics, fragrance, skin care products, wellness products, hair care products, and salon services. With over 1,500 locations, Ulta Beauty is the largest specialty beauty retailer in the U.S. In addition, the Company has an international presence through its subsidiary, Space NK, a luxury beauty retailer operating in the U.K. and Ireland, its joint venture in Mexico, and its franchise in the Middle East. Across our portfolio, key points of differentiation include: <br><br> [Link: https://www.ulta.com/investor/company-information] |
| receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters; | Ulta Beauty, using the Accused Product, performs a step of receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters. <br><br> For example, when a user searches for "dulles" ("request includes plurality of letters") at "Store Locator" option of the Ulta Beauty App, Ulta Beauty server receives a request to identify stores ("point of interest") near a location of the smartphone ("location of the mobile device"). <br><br> **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]** |

Case 2:26-cv-00583   Document 1-2   Filed 07/15/26   Page 16 of 45 PageID #: 75

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  |

Ulta Beauty App is providing "Store Locator" option to the wirelessly connected mobile devices

The location of wirelessly connected mobile device

15

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | <br><br>[Source: Screenshots taken from Ulta Beauty App, running on Android Phone] |

16

U.S. Patent No. 8,774,834

17

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]**  Ulta Beauty App is providing "Store Locator" option to the wirelessly connected mobile devices |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| |  |

[Source: Screenshots taken from Ulta Beauty App, running on iPhone]

18

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY PRIVACY POLICY]**<br><br>**Privacy Policy**<br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

19

| Claim 1 | ULTA BEAUTY |
|---|---|
|  | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br>• **Geolocation Information,** such as your zip code and general location.<br><br>**Disclosure** \| **Categories** \| **Description**<br><br>How do we collect this information? \| Geolocation information \| We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media).<br><br>[Link: https://www.ulta.com/company/privacy] |
| determining the location of the mobile device; | Ulta Beauty, using the Accused Product, performs a step of determining the location of the mobile device.<br><br>Ulta Beauty App determines the precise-location/current location of the user's smartphone ("mobile device").<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) - GOOGLE PLAY STORE]** |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| | <br><br>[Link: https://play.google.com/store/apps/details?id=com.ulta&hl=en_US]<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]** |

Page |B-21

21

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| | The location of wirelessly connected mobile device |
| | [Source: Screenshots taken from Ulta Beauty App, running on Android Phone] |

Page |B-22

22

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|

**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) - APPLE APP STORE]**



[Link: https://apps.apple.com/us/app/ulta-beauty-makeup-skincare/id561930308]

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]**<br><br> |

24

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | [Source: Screenshots taken from Ulta Beauty App, running on iPhone]<br><br>**[ULTA BEAUTY PRIVACY POLICY]**<br><br>**Privacy Policy**<br><br>**1. What information do we collect about you?**<br><br>**Information we collect directly from you**<br><br>We collect information about you when you use our Sites, visit our Stores, purchase our Products, and engage in Communications with us, including when you register an account, update your profile, access our Products, make a purchase, participate in the Ulta Beauty Community ("Community"), participate in a promotion or incentive program, participate in our loyalty program, or engage in our customer support. The information we collect includes:<br><br>• **Geolocation Information.** Information that permits us to determine your general location, such as zip code, so that we can best determine the closest Store to your location, or where to ship our Products, or what Products to offer you. We gather this information directly from you when you engage with our Sites.<br><br>**Information we collect automatically from you**<br><br>When you use our Sites, Products, and engage in Communications with us, we may collect certain information from you automatically, including:<br><br>• **Location Data.** Information such as imprecise location data (such as location derived from an IP address or data that indicates a city or postal code level). Our Sites may also collect information about the location of your device. Your device should require you to provide permission before our Sites obtain precise geolocation information from a browser's geolocation API or from technologies like GPS, WiFi, and/or cell towers. We and our service providers may use this approximate location and/or precise geolocation information, along with other information submitted by you, to provide you with location-based services like local Store information, search results, special offers, and other personalized content. Most browsers and mobile devices allow users to enable or disable precise geolocation using pop-ups or controls located in the settings menu. |

25

U.S. Patent No. 8,774,834

Page |B-26

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **Notice of Collection**<br><br>Below is a list of the categories of personal information Ulta Beauty has collected about California residents in the 12 months preceding the date this Privacy Policy was last updated. This list includes information about: (1) the categories of sources from which the information was collected; (2) the business or commercial purpose for collecting, selling, or sharing the information; and (4) the categories of Third Parties with whom we share the information.<br>• Geolocation Information, such as your zip code and general location.<br><br>| Disclosure | Categories | Description |<br>|---|---|---|<br>| How do we collect this information? | Geolocation information | We collect this category of information from you or your device(s) when you provide it to us or interact with us online (such as through our Site, as defined above, or our social media). |<br><br>[Link: https://www.ulta.com/company/privacy] |
| determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters;<br><br>transmitting the name of the point of interest to the mobile device; | Ulta Beauty, using the Accused Product, performs a step of determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters and transmitting the name of the point of interest to the mobile device.<br><br>Ulta Beauty determines "Dulles 28" & "Dulles Landing" ("point of interest") having a name which includes "Dulles" ("Plurality of Letters"). Further, Ulta Beauty App provides a map view & list view of the stores, where location of store is marked on map view & basic information (name, address, store hours, distance, etc.) in the list view is displayed to the user's smartphone ("mobile device"). |

26

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]**<br><br> |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  Point of Interests (stores) determined by the Ulta Beauty App, in response to the user's query (including plurality of letters), where location of the point of interests are marked in the map view, and user can select these stores (point of interests)<br><br>[Source: Screenshots taken from Ulta Beauty App, running on Android Phone]<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]** |

28

U.S. Patent No. 8,774,834

**ULTA BEAUTY**

**Claim 1**



| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| | <br><br>[Source: Screenshots taken from Ulta Beauty App, running on iPhone] |

30

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| receiving, from the mobile device, an indication of a selection of the name of the point of interest; | Ulta Beauty, using the Accused Product, performs a step of receiving, from the mobile device, an indication of a selection of the name of the point of interest.<br><br>For example, when a user clicks on the name of the store ("Point of interest") in list view or location marking of the store in map view, Ulta Beauty App receives an indication of selection of that store to further provide details of that store.<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]** |

31

Case 2:26-cv-00583   Document 1-2   Filed 07/15/26   Page 33 of 45 PageID #: 92

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
|         | User can select the store (by clicking on the store name in the list view) to see further details of the store |

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  [Source: Screenshots taken from Ulta Beauty App, running on Android Phone] |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]**<br><br><br><br>User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

Page |B-35

35

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  User can select the store (by clicking on the store name in the list view) to see further details of the store |

36

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
| --- | --- |
| | <br><br>[Source: Screenshots taken from Ulta Beauty App, running on iPhone] |

37

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| determining point of interest data associated with the point of interest; and<br><br>transmitting the point of interest data associated with the point of interest to the mobile device. | Ulta Beauty, using the Accused Product, performs a step of determining point of interest data associated with the point of interest and transmitting the point of interest data associated with the point of interest to the mobile device.<br><br>After the selection of a specific store by the user, Ulta Beauty provides additional information such as address, phone no., store hours, book appointments, store options, etc. ("point of interest data") of that store to the user's smartphone ("mobile device"). Additionally, user can select any store from the map view or list view to see the store information.<br><br>**[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – ANDROID VERSION]** |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| |  User can select the store (by clicking on the store name in the list view) to see further details of the store |

40

U.S. Patent No. 8,774,834

## Claim 1



**ULTA BEAUTY**

point of interest data (store details) associated with the point of interest.

[Source: Screenshots taken from Ulta Beauty App, running on Android Phone]

| Claim 1 | ULTA BEAUTY |
|---|---|
| | **[ULTA BEAUTY APP (ULTA BEAUTY: MAKEUP & SKINCARE) – IOS VERSION]**<br><br><br><br>User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---------|-------------|
| |  User can select the store (by clicking on the store name in the list view) to see further details of the store |

Page |B-43

43

U.S. Patent No. 8,774,834

| Claim 1 | ULTA BEAUTY |
|---|---|
| |  point of interest data (store details) associated with the point of interest. <br><br> [Source: Screenshots taken from Ulta Beauty App, running on iPhone] |

44