**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LOCAL INTEREST, LLC,<br>Plaintiff,<br>v.<br>ULTA SALON, COSMETICS & FRAGRANCE, INC. d/b/a ULTA BEAUTY,<br>Defendant. | Civil Action No. 2:26-cv-00583-JRG |

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR STAY**

Plaintiff Local Interest, LLC and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. d/b/a Ulta Beauty (collectively the "Parties") hereby provide this Notice of Settlement and jointly move to stay all deadlines in the above-captioned matter. The Parties have reached a settlement in principle to resolve all matters in controversy between them. Accordingly, a stay of all deadlines for 30 days is requested to allow the Parties to finalize their agreement and to file a Notice of Dismissal.

Dated: November 17, 2026

Respectfully submitted,

By: */s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

***Attorneys for Plaintiff LOCAL INTEREST, LLC***

* Admitted to the Eastern District of Texas

Dated: November 17, 2026

Respectfully submitted,

*/s/: Bailey Watkins*

M. Natalie Alfaro Gonzales
State Bar No. 24069286
Email: ngonzales@yettercoleman.com
Bailey Watkins
State Bar No. 24102244
Email: bwatkins@yettercoleman.com
Spencer J. Packard
State Bar No. 24125823
Email: spackard@yettercoleman.com
**YETTER COLEMAN LLP**
600 Travis Street, Suite 5400
Houston, Texas 77002
Telephone: (713) 632-8000

*Attorneys for Defendant*
*Ulta Salon, Cosmetics & Fragrance, Inc. d/b/a Ulta Beauty*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: November 17, 2026

By: */s/ C. Matthew Rozier*
C. Matthew Rozier

## CERTIFICATE OF CONFERENCE [L.R.CV-7-(i)]

I hereby certify that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed on behalf of the Parties. Counsel for the Parties conferred by email on November 17, 2026 regarding this filing and the Parties are in agreement as to its substance, as indicated by the signatures of counsel for all Parties.

Dated: November 17, 2026

*/s/ C. Matthew Rozier*
C. Matthew Rozier